Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

FILED
2025 OCT -3  P 2: 54
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| Lana Patrick Pro Se | Case No. _____ <br> *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)* ☐ Yes ✓ No |
| -v- | |
| Jefferson County Security Guard Donald Lewey | |
| *Defendant(s)* <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

**I.   The Parties to This Complaint**

   **A.   The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Lana Patrick Pro Se |
   | Address | 9378 Arlington Expy |
   | | Jacksonville, FL 32225 |
   | | *City    State    Zip Code* |
   | County | Duval county |
   | Telephone Number | 904-524-6030 |
   | E-Mail Address | thejtownpress@gmail.com |

   **B.   The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1

   | | |
   |---|---|
   | Name | Security Guard Donald Lewey |
   | Job or Title *(if known)* | Jefferson County Alabama Security Guard |
   | Address | 716 Richard Arrington Jr. Blvd. N. Suite 260 |
   | | Birmingham, AL 35203 |
   | | *City    State    Zip Code* |
   | County | Jefferson |
   | Telephone Number | (205)731-2880 |
   | E-Mail Address *(if known)* | |

   [✓] Individual capacity   [ ] Official capacity

   Defendant No. 2

   | | |
   |---|---|
   | Name | |
   | Job or Title *(if known)* | |
   | Address | |
   | | *City    State    Zip Code* |
   | County | |
   | Telephone Number | |
   | E-Mail Address *(if known)* | |

   [ ] Individual capacity   [ ] Official capacity

Defendant No. 3
    Name _____
    Job or Title *(if known)* _____
    Address _____
    _____
    City / State / Zip Code
    County _____
    Telephone Number _____
    E-Mail Address *(if known)* _____

    [ ] Individual capacity    [ ] Official capacity

Defendant No. 4
    Name _____
    Job or Title *(if known)* _____
    Address _____
    _____
    City / State / Zip Code
    County _____
    Telephone Number _____
    E-Mail Address *(if known)* _____

    [ ] Individual capacity    [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

   [ ] Federal officials (a *Bivens* claim)

   [✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
   1st amendment retaliation, 4th amendment unlawful seizure and excessive force

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.
see attachment

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

see Attachment

B. What date and approximate time did the events giving rise to your claim(s) occur?

see Attachment

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

see Attachment

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I humbly ask the court for $100,000 in punitive damages for the willful and negligent violation of my rights.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09/30/2025

Signature of Plaintiff

Printed Name of Plaintiff: Lana Patrick Pro Se

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

City    State    Zip Code

Telephone Number
E-mail Address

1. Lana Patrick is of legal age and a U.S. citizen. She resides in Duval County, Florida. She is an independent Journalist/Activist.

2. Defendant security guard Donald Lewey was employed by Jefferson county and acted as such at all times relevant to the allegations in this complaint and is a resident of Alabama.

## FACTS

3. On May 13th, 2024, I along with fellow citizen journalist Georgia Transparency (GT) went to Jefferson County Alabama to conduct information gathering activities involving public employees.

4. As seen on plaintiffs exhibit one video, at first GT went into the courthouse where the defendant advised him that he couldn't have a camera in the public lobby ( plaintiff exhibit 1, 1:05- 1:45 timestamp ).

5. At this point we can see the defendant getting highly agitated by someone questioning his authority and he instantly starts to esculate the situation ( plaintiff exhibit 1, 1:45- 2:45)

6. At this time GT reaches out to me so I can also document the actions of our public employee (plaintiff exhibit 1, 2:45 - 3:36)

7. Defendant remembers me from an earlier visit to the city where I exposed some of his coworkers ( plaintiff exhibit 1, 3:46)

8. As I step in to get a look at defendants name on his badge, he proceeds to unlawfully seize me without arguble reasonable suspicion of any criminal activity that I was involved in. I had the defendant grab my camera and at the same time grab me by my hair, there are two angles on exhibit 1 (plaintiffs exhibit 1, 3:54- 5:34)

1

## CLAIMS

### I. 4TH AMENDMENT VIOLATION, UNLAWFUL SEIZURE, EXCESSIVE FORCE

As seen in plaintiffs exhibit 1 and testified to in this complaint, defendant did knowingly, willfully and maliciously violate my fourth amendment right to be free from unlawful seizure.

### II. 1ST AMENDMENT RETALIATION VIOLATION

The defendant did violate my rights specifically because I was exercising my right to free press, as there was no other factor at play, and evidenced by defendant grabbing my camera to try and stop me from recording.



**Relief**

I am asking for 100,000 in punitive damages, and that defendant undergo deesculation training.

Dated: September 30, 2025        Respectfully submitted,

/s                                                             Pro Se

Lana Patrick Pro Se
9378 Arlington Expy

PMB 204

Jacksonville FL 32225

Email: thejtownpress@gmail.com

Phone: 904-524-6030

**Extremely Urgent**

This envelope is for use with the following services:

UPS Next Day Air®
UPS Worldwide Ex
UPS 2nd Day Air®

Visit **theupsstore.com** to find a location near you.

**Domestic Shipments**
- To qualify for the Letter rate, UPS Express Envelopes may only contain correspondence, urgent documents, and/or electronic media, and must weigh 8 oz. or less. UPS Express Envelopes containing items other than those listed or weighing more than 8 oz. will be billed by weight.

**International Shipments**
- The UPS Express Envelope may be used only for documents of no commercial value. Certain countries consider electronic media as documents. Visit ups.com/importexport to verify if your shipment is classified as a document.
- To qualify for the Letter rate, the UPS Express Envelope must weigh 8 oz. or less. UPS Express Envelopes weighing more than 8 oz. will be billed by weight.

**Note:** Express Envelopes are not recommended for shipments of electronic media containing sensitive personal information or breakable items. Do not send cash or cash equivalent.

**Apply** shipping documents on

Do not use this envelope for:

UPS Ground®
UPS Standard®
UPS 3 Day Select®
UPS Worldwide Expedited®

Visit **theupsstore.com** to le about our Print & Business

LANA PATRICK
(904) 446-1589
THE UPS STORE #0391
STE 29
2771 MONUMENT RD
JACKSONVILLE FL 32225-3514

1 LBS           1 OF 1
SHP WT: 1 LBS
DATE: 01 OCT 2025

SHIP   CLERK OF COURT
TO:    HUGO L BLACK FEDERAL COURTHOUSE
       1729 5TH AVE N

BIRMINGHAM AL 35203-2022



AL 353 9-01



UPS GROUND

TRACKING #: 1Z 519 V1R 42 9268 5618



BILLING: P/P
SIGNATURE REQUIRED